THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PETER CELLA, Appellant.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

MERWYN ROMEYN, an Infant, by HARLAN ROMEYN, His Guardian ad Litem, Respondent, v. PENFIELD PETROLEUM PRODUCTS, INC., et al., Appellants.—

Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

SARAH M. O'BRIEN, as Administratrix of the Estate of THOMAS F. O'BRIEN, Deceased, Respondent, v. B. H. TRANSPORTATION COMPANY, INC., et al., Appellants.—

Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.